| | | | |
|---|---|---|---|
| | AUSA: | Sean King | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Dustin Swensson | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
James Andrew Tallon

Case No.   Case: 2:25−mj−30054
Assigned To : Unassigned
Assign. Date : 2/10/2025
Description: CMP SEALED MATTER (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 9 and 10, 2024__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Swensson, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 10, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
# A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for James Andrew Tallon for violations of 18 U.S.C.

1

§§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Tallon has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6. In early 2024, FBI Detroit executed a federal search warrant in the Eastern District of Michigan at the residence of, and on the person of, Subject-1, an individual whose identity is known to law enforcement. Subject-1 had previously been identified as having received and distributed child pornography, via text message, with another subject of an FBI investigation. Subject-1's cellular phone was seized during the search.

7. A forensic review of Subject-1's phone revealed that they traded images and videos which met the federal definition of child pornography with multiple individuals. One such individual from whom Subject-1 received child

2

pornography was later identified as Tallon, residing at an identified residence in Ypsilanti, Michigan. Between September 2023, and February 2024, Tallon sent Subject-1 at least 44 videos containing child pornography via a mobile messaging application. Within the application on Subject-1's phone, Tallon's telephone number was saved under the contact name "James Upsalanti."

8. On February 9, 2024, "James Upsalanti" aka Tallon sent Subject-1 at least 29 videos that meet the definition of child pornography, including:

    a. A video of a toddler being anally penetrated by the penis of an adult man.

9. On February 10, 2024, Tallon sent Subject-1 the following:

    a. A video of a prepubescent boy performing oral sex on an adult man, and the adult man ejaculating on the boy's face.

10. Law enforcement confirmed Tallon's identity through numerous sources using the telephone number saved in Subject-1's mobile messaging application.

11. Information received from Verizon, pursuant to an administrative subpoena, listed the contact name for Tallon's number saved in Subject-1's mobile messaging application as "James Tallon."

12. Information received from the mobile messaging application, pursuant to an administrative subpoena, listed an IP address as having been used to log into

Tallon's account on January 29, 2025. According to open-source information, this IP address is associated with Comcast.

13. Information received from Comcast, pursuant to an administrative subpoena, indicated that the subscriber for the IP address was James Tallon residing at an identified residence in Ypsilanti, Michigan. The service and billing addresses were also the same identified residence, and the account is associated with the email address jtallon***@comcast.net.

## CONCLUSION

14. Based on the foregoing, there is probable cause to believe that James Andrew Tallon committed violations of 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE